IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA


WILLIAM E. WASHINGTON          :       CIVIL ACTION

         vs.                   :

SUPERINTENDENT JAMES GRACE,    :       NO. 04-CV-4812
et al.


ORDER


    AND NOW, this 23rd day of August, 2005, after consideration

of the Report and Recommendation of Carole Sandra Moore Wells,

United States Magistrate Judge and the objections of Petitioner,

it is hereby ORDERED that:

    1.  The Report and Recommendation is APPROVED and ADOPTED.

    2.  The petition for writ of habeas corpus is DENIED,

without a hearing, as Petitioner has not shown that any

reasonable jurist could find it debatable that this petition is

procedurally barred or that Petitioner has shown a denial of a

constitutional right; and;

    3.  There is no probable cause for appeal.



                         BY THE COURT:



                         s/J. Curtis Joyner_____
                         J. CURTIS JOYNER, J.